**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. 2:23-cv-10699-JFW-AJRx                                    Date April 1, 2024

Title: Guri Gonzalez v. The Original Bills Taco House Inc. et al

Present: The Honorable John F. Walter

|                    Shannon Reilly                    |              Not Reported              |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other  NOTICE of Voluntary Dismissal [12] - Make JS-6

☐  Entered _____.

Initials of Preparer _____sr_____

CV-74 (10/08)                    **CIVIL MINUTES -REOPENING/CLOSING**